## IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **DYLAN CRUIKSHANK,** | ) | |
| | ) | |
| | ) | **Case No: 3:10-cv-364** |
| *Plaintiff,* | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **TOYOTA MOTOR CORPORATION,** | ) | |
| **TOYOTA TECHNICAL CENTER,** | ) | |
| **TOYOTA MOTOR NORTH AMERICA,** | ) | |
| **INC., TOYOTA MOTOR** | ) | |
| **ENGINEERING& MANUFACTURING** | ) | |
| **NORTH AMERICA, INC., and TOYOTA** | ) | |
| **MOTOR SALES, U.S.A., INC.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER STAYING PROCEEDINGS
## PENDING CONDITIONAL TRANSFER

This matter came before the Court on Plaintiff's Motion to Stay Proceedings Pending Conditional Transfer.  The Court, having considered Plaintiff's motion, finds it to be well taken and hereby grants the same.  The case shall be stayed pending the determination of this case's participation in the multidistrict litigation in *In re: Toyota Motor Corp. Unintended Acceleration, Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2151, in the United States District Court for the Central District of California.

IT IS SO ORDERED, this the 4th day of June, 2010.

_____

ALETA A. TRAUGER
UNITED STATES DISTRICT COURT JUDGE