# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DYLAN CRUIKSHANK,        ) | |
|                          ) | |
|     Plaintiff,           ) | Civil Case No. 3:10-cv-0364 |
| v.                       ) | Judge Trauger |
|                          ) | |
| TOYOTA MOTOR CORPORATION, et al,  ) | |
|                          ) | |
|     Defendants.          ) | |

### O R D E R

Pursuant to the Conditional Transfer Order (CTO-3) of the Judicial Panel on Multidistrict Litigation, Docket No. 2151, this case is hereby transferred to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Central District of California.

It is so **ORDERED.**

_____
Aleta A. Trauger
United States District Judge